# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ATLANTIC CASUALTY INSURANCE COMPANY,** : | **CIVIL ACTION NO. 1:17-CV-228** |
| : | |
| : | **(Chief Judge Conner)** |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **DOVER ROOFING & GENERAL REMODELING EXTERIORS UNLIMITED INC.,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 11th day of January, 2018, upon consideration of the motion (Doc. 8) to dismiss for failure to join indispensable parties filed by defendant Dover Roofing & General Remodeling Exteriors Unlimited Inc. ("Dover"), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that Dover's motion (Doc. 8) is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania