IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATLANTIC CASUALTY INSURANCE CO.<br>　　　　Plaintiff<br>　vs.<br><br>DOVER ROOFING & GEN. REMODELING EXTERIORS UNLIMITED:<br>　　　　Defendants | :<br>:<br>:<br>:　NO. 1:17-cv-00228-CCC<br>:<br>:<br>:<br>: |

**FILED HARRISBURG, PA JAN 26 2018**

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)

It is hereby STIPULATED AND AGREED by and between the parties that the above-captioned action be dismissed with prejudice and without costs to either party pursuant to Fed. Rule Civ. P. 41(a)(1)(A)(ii).

SUMMERS NAGY LAW OFFICES　　FINEMAN KREKSTEIN & HARRIS, PC

BY: /s/ Sean E. Summers　　　　　　BY: /s/ Hema Patel Mehta
　Sean E. Summers, Esq.　　　　　　　Hema Patel Mehta, Esquire
　I.D. No. 92141　　　　　　　　　　　I.D. No. 90148
　35 S. Duke Street　　　　　　　　　 1801 Market Street – Suite 1100
　York, PA 17401　　　　　　　　　　 Philadelphia, PA 19103
　Telephone: 717-812-8100　　　　　　Telephone: 215-893-9300
　Fax:　　　 717-812-8108　　　　　　Fax:　　　 215-893-8719
　ssummers@summersnagy.com　　　　　hmehta@finemanlawfirm.com

BY THE COURT:

_____ 1/25/18
　　　　　　J.

{01368663;v1}